In the Matter of the Claim of JOSEPH P. CROWLEY against YONKERS HERALD PUBLISHING COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued September 28 1937; decided October 12, 1937,

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for appellant.

*Jeremiah F. Connor* and *William Butler* for respondents.

Order affirmed, with costs against State Industrial Board. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.